NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1443

REVOLUTION EYEWEAR, INC.

Plaintiff/Counterclaim Defendant-Appellant,

v.

ASPEX EYEWEAR, INC. and THIERY IFERGAN,

Defendants/Counterclaimants-Appellees,

and

MANHATTAN DESIGN STUDIO, INC., CONTOUR OPTIK, INC.,
and ASAHI OPTICAL CO. LTD.,

Counterclaimants-Appellees.

Appeal from the United States District Court for the Central District of California in case no. 02-CV-01087, Judge Virginia A. Phillips.

## O R D E R

Upon consideration of Revolution Eyewear, Inc.'s motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

The motion is granted. Each side shall bear its own costs.

SEP 11 2009

_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: R. Joseph Trojan, Esq.
Michael Nicodema, Esq.
s8

ISSUED AS A MANDATE: _____SEP 11 2009_____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 11 2009

JAN HORBALY
CLERK